IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00495-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4. GILBERTO VIZCARRA-GARCIA ,

        Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

    Upon petition of the United States and for good cause shown,

    IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United

States Marshal's Service requiring said United States Marshal to produce said defendant before

the District Court for the District of Colorado, forthwith, for proceedings and appearances upon

the charge aforesaid, and to hold him at all times in his custody as an agent of the United States

of America until final disposition of the defendant's case, thereafter to return the defendant to the

institution wherein now confined.

    SO ORDERED this _____ day of _____, 2008.

_Magistrate Judge_

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO